WENDY J. OLSON, IDAHO STATE BAR 7634
UNITED STATES ATTORNEY
KEVIN T. MALONEY, IDAHO STATE BAR 5095
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
800 PARK BLVD., SUITE 600
BOISE, IDAHO 83712
TELEPHONE: (208) 334-1211
FACSIMILE: (208)

U.S. COURTS

OCT 05 2011

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DCD LLC<br>d.b.a. ADVANCED MUSCLE SCIENCE<br><br>  Defendant. | Case No.: CR 11-0234-S EJL<br><br>**INFORMATION**<br><br>21 U.S.C. § 331(a)<br>21 U.S.C. § 333(a)(2) |

The United States Attorney charges:

### COUNT ONE

**Introduction and Delivery for Introduction of Misbranded Drugs
into Interstate Commerce with the Intent to Defraud and Mislead
21 U.S.C. §§ 331(a) and 333(a)(2)**

Beginning in approximately July, 2008, and continuing through November, 2009, DCD, LLC, formerly organized as DDE, LLC, (hereinafter "DCD") operated under the assumed business name of Advanced Muscle Science. DCD, d.b.a. Advanced Muscle Science, knowingly caused to be manufactured and distributed in interstate commerce the products Liquidrone and Dienedrone, both of which were misbranded drugs falsely and misleadingly labeled as dietary supplements.

Both Liquidrone and Dienedrone contained Tren, which is a synthetic anabolic steroid

Information - 1

that is closely related to the anabolic steroid trenbolone. Thus, these products did not qualify as dietary supplements as defined at 21 U.S.C. § 321(ff).

DCD, d.b.a. Advanced Muscle Science, intended these products to affect the structure and function of the human body, specifically to increase muscle mass. Thus, these products were actually drugs, as defined at 21 U.S.C. § 321(g)(1)(c). Additionally, these products were misbranded pursuant to 21 U.S.C. § 352(a) because they were falsely and misleadingly labeled as dietary supplements.

During this time, DCD, d.b.a. Advanced Muscle Science, acting with the intent to defraud and mislead customers and the federal Food and Drug Administration, delivered for introduction in interstate commerce, Liquidrone and Dienedrone, by shipping these misbranded drugs, from California to a retailer's warehouses in Boise, Idaho.

These actions violated 21 U.S.C. §§ 331(a) and 333(a)(2).

Respectfully submitted this  5   day of October, 2011.

WENDY J. OLSON
UNITED STATES ATTORNEY
By:

WENDY J. OLSON
United States Attorney

KEVIN T. MALONEY
Assistant United States Attorney

Information - 2