<u>CRIMINAL PROCEEDINGS</u> - **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge B. Lynn Winmill         Date: 1/17/2012
Case No. **1:11-cr-234-BLW**    Deputy Clerk: Jamie Gearhart
Place: Boise                   Reporter: Tammy Hohenleitner
                               Time: 11:30 - 11:42 am


UNITED STATES OF AMERICA vs DCD, LLC

Counsel for United States - Kevin Maloney and Wendy Olson
Counsel for Defendant - Charles Peterson
Probation - Mandy Cox

(X) Court reviewed case history
(X) Charles Peterson appeared on behalf of Defendant DCD, LLC.
(X) Counsel made sentencing recommendations to the Court.
(X) No objections to the presentence report were filed.
(X) Presentence report and addendum adopted by the Court.

SENTENCE: Defendant is hereby sentenced to a term of probation for
a period of 5 years.

Defendant shall pay a fine in the amount of $125,000. Court finds
that the defendant does not have the ability to pay interest on the
fine, therefore the interest requirement is waived. $400 special
assessment is due immediately.  All payments to be made to Clerk of
the Court, District of Idaho, 550 W. Fort St., Boise, ID 83724.

The defendant shall pay the fine according to the following
schedule:

    $1,000 each month for eight months beginning on the day of
    sentencing (January 17, 2012, through August 5, 2012);

    $3,000 each month for six months September 5, 2012, through
    February 5, 2013;

    $4,000 each month for six months March 5, 2013 through August
    5, 2013;

    $50,000 lump sum by September 5, 2013; and six months later
    one final $25,000 by March 5, 2014.

This payment schedule will remain in effect unless further reviewed
by the Court. A review may take place at any time and will be based
upon a change in the defendant's financial circumstance.

Defendant shall not commit another federal, state, or local crime.

Defendant shall submit to the search of the business upon demand by the probation officer, without the necessity of a warrant, and submit to seizure of any contraband found therein.

Defendant shall provide the probation officer with access to any and all requested financial information.

The organization shall make periodic submissions, not less than quarterly, reporting on the organization's financial condition and results of business operations, and accounting for the disposition of funds received.

The defendant shall follow the agreement enumerated in the plea agreement regarding testing procedures for all products distributed by the organization, which is as follows:

> (1) sampling and analysis for contamination of banned steroids;
>
> (2) at the company's expense;
>
> (3) the testing is to be done by a reputable independent testing organization involved in the testing and/ or certification of food, water, dietary supplements, and other consumer goods; and
>
> (4) the testing is to be done on every lot or batch of finished product intended for sale, unless the lot or batch contains only raw materials that have been tested in a prior lot(s) or batch(es).

The organization shall comply with the rules and regulations of the Dietary Supplement Health and Education Act, the FDA and/ or any agency with regulatory oversight.

The organization shall be required to notify the court or probation officer immediately upon learning of (A) any material adverse change in its business or financial condition or prospects, or (B) the commencement of any bankruptcy proceedings, major civil litigation, criminal prosecution, or any investigation or formal inquiry by governmental authorities regarding the organization.

(X) Defendant advised of penalties for violation of terms and conditions of probation.

(X) Right to appeal explained.